```
1   JEFFERSON B. SESSIONS III
    Attorney General of the United States
2   DAYLE ELIESON
    United States Attorney
3   District of Nevada
    PHILLIP N. SMITH, JR.
4   Assistant United States Attorney
    Nevada Bar No. 10233
5   Special Assistant United States Attorney for the District of Arizona
    501 Las Vegas Boulevard South, Suite 1100
6   Las Vegas, Nevada 89101
    Telephone: (702) 388-6336
7   Facsimile: (702) 388-5087
    Phillip.Smith@usdoj.gov
8
    Attorney for Plaintiff
9   United States of America
```

FILED ✓ / RECEIVED / LODGED / COPY
AUG 1 4 2018
CLERK US DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

United States of America,

          Plaintiff,

vs.

JOSEPH MICHAEL GILL,

          Defendant.

CR18-01589-TUC-RCC-LCK
18-WI-180-RCC-LCK

CRIMINAL INFORMATION

Violation: 18 U.S.C. §§ 922(a)(1)(A), 923(a), and 924(a)(1)(D) – Dealing in Firearms Without a License (Class D Felony).

THE UNITED STATES ATTORNEY CHARGES THAT:

On or between July 27, 2016 and July 28, 2016, in the State and Federal District of Arizona,

**JOSEPH MICHAEL GILL,**

defendant herein, not being a licensed dealer of firearms within the meaning of Chapter 44, Title 18, United States Code, did willfully engage in the business of dealing in firearms, in

. . .

. . .

1 | violation of Title 18, United States Code, Sections 922(a)(1)(A), 923(a), and 924(a)(1)(D).
2 | DATED: this ___1___ day of August, 2018.

JEFFERSON B. SESSIONS III
Attorney General of the United States
DAYLE ELIESON
United States Attorney
District of Nevada

/s/ PHILLIP N. SMITH, JR.
PHILLIP N. SMITH, JR.
Special Assistant United States Attorney
District of Arizona
Attorney for Plaintiff