# EXHIBIT 1





