**JASON D. LAMM # 018454**
**2501 North Seventh Street**
**Phoenix, AZ 85016-2030**
**Telephone: (602) 222-9237**
**Facsimile: (602) 222-2299**
**Email: jlamm@cyberlawaz.com**
**Attorney for Defendant GILL**

**UNITED STATES DISTRICT COURT**

**DISTRICT OF ARIZONA**

| | |
|---|---|
| **United States of America**, | 4:18-cr-01589-RCC-LCK |
| Plaintiff, | **DEFENDANT'S MOTION FOR EARLY TERMINATION OF PROBATION** |
| vs. | |
| **Joseph Michael Gill**, | |
| Defendant | |

Defendant, through undersigned counsel, pursuant to Rule 32.1, Federal Rules of Criminal Procedure, hereby moves this Court to enter an Order terminating the Defendant's terms of probation for the reasons set forth herein.

On January 9, 2019, the Court placed the Defendant on a term of 60 months of probation, in consequence to his guilty plea to the charge of Dealing in Firearms Without a License, a class D felony, as charged in the Information.

As is noted in an email from the Defendant's probation officer, attached hereto as Exhibit 1, the Defendant has satisfied all outstanding financial obligations, and has completed all community service hours that were

1

ordered.  Exhibit 1 further reflects that the Defendant's probation officer, Ruby Streich, is "in support of [Defendant's] termination".

At the time of Sentencing, the Court indicated that it wished to give the Defendant "a chance" based on the unusual nature of the case and the Defendant's background.  Indeed, the Presentence Report (Doc 27) sets forth the Defendant's unique employment history (*Id.* at ¶ 63) and clearly suggests that any sort of recidivism is highly unlikely.  Moreover, Defendant has fully availed himself of all services offered by Probation and has successfully completed all assessments which he was ordered to complete.

At this juncture, the Defendant is not in need of any sort of supervision or services that can be offered by the United States Probation Office.  Indeed, the only purpose of keeping the Defendant on probation is to assure that he remains a law-abiding citizen.  Respectfully, given his history prior to the commission of the offense, as well as the unique circumstances of this case, it is respectfully submitted that the Defendant's being on probation makes it no more likely or less likely that he will fail to follow all federal, state and local laws.

Based on the foregoing, and for good cause demonstrated herein, as well as in the record to date, it is respectfully requested the Court enter an Order terminating the Defendant's term of probation forthwith.

Respectfully submitted this 3rd day of March, 2020.

                                          /s/ Jason D. Lamm
                                          Jason D. Lamm
                                          Attorney for Defendant Gill

**CERTIFICATE OF SERVICE**

I certify that on this date, I electronically transmitted the attached document, by electronic mail, on the following, who may or may not be registered participants of the CM/ECF System:

Ronald Cheng
Assistant US Attorney
333 Las Vegas Blvd S, Ste. 5000
Las Vegas, NV 89101-7071
ronald.cheng@usdoj.gov

Ruby Streich
Probation Officer
U.S. Probation Office
Ruby_Streich@azd.uscourts.gov